FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FEB 13 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HITOSHI YOSHIKAWA,<br><br>           Plaintiff-Appellee,<br><br> v.<br><br>TROY K. SEGUIRANT, Individually,<br><br>           Defendant-Appellant,<br><br> and<br><br>CITY AND COUNTY OF HONOLULU;<br>GREG TALBOYS; AGT<br>CONSTRUCTION, LLC; JAMES A.<br>SCHMIT,<br><br>           Defendants. | No. 21-15970<br><br>D.C. No.<br>1:18-cv-00162-JAO-RT<br>District of Hawaii,<br>Honolulu<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Bennett did not participate in the deliberations or vote in this case.